[No. 48589-3-II.   Division Two.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE PATRICK COWART, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-01149-2, James R. Orlando, J., entered February 5, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 48728-4-II.   Division Two.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TRYGVE J. NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00446-6, Richard L. Brosey, J., entered September 25, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Sutton, JJ.

[No. 48787-0-II.   Division Two.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DEENA M. SANDBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-1-00336-6, Toni A. Sheldon, J., entered March 7, 2016. *Reversed* and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Sutton, JJ.

[No. 48897-3-II.   Division Two.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BUD RICHARD FLOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-01314-0, Michael H. Evans, J., entered March 8, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Sutton, J.